UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION


| JACK NEWBERRY | ] | |
|---|---|---|
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 2:14-0024 |
| | ] | Judge Sharp |
| W.B. MELTON, et al. | ] | |
| Defendants. | ] | |

**O R D E R**

The Court has before it a *pro se* prisoner complaint (Docket Entry No.1) under 42 U.S.C. § 1983, and an application to proceed in forma pauperis (Docket Entry No.2).

Unfortunately, the plaintiff has neglected to sign the application to proceed in forma pauperis. As a consequence, the Court can not yet rule upon its merit. *See* Rule 11(a), Fed. R. Civ. P. (an unsigned pleading shall be stricken unless omission of the signature is corrected promptly).

Accordingly, the Clerk is directed to return the plaintiff's unsigned application to him. The plaintiff shall sign the application and resubmit it to the Clerk's Office within fourteen (14) days of its receipt.

The plaintiff is forewarned that, should he fail to comply with the instructions of the Court in a timely manner, the Court will presume that he is not a pauper, the filing fee will be

assessed against him and collected from his inmate trust account, and this action will be dismissed for failure to comply and for want of prosecution.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge