# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JACK NEWBERRY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:14-cv-00024 |
| | ) | (SHARP/KNOWLES) |
| MELTON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and as indicated below by the respective signatures of the counsel of record for the parties subject to this stipulation of dismissal, Plaintiff dismisses, with prejudice, all claims against Defendants, DEBBIE DECK, LPN and ASHLEY DECK, LPN. These are the only remaining party defendants and so this stipulation concludes the case in its entirety and the case is ready to be closed.

It is also stipulated that each dismissed party is to bear its own attorneys' fees and discretionary costs incurred in the litigation.

/s/Daniel F. Beasley
Daniel F. Beasley (#019915)
Lanier Ford Shaver & Payne P.C.
P.O. Box 2087
Huntsville, AL 35804
dbeasley@lanierford.com

Attorney for Debbie Deck, LPN and Ashley Deck, LPN

**Approved for entry:**

/s/William D. Hinton with permission
William D. Hinton
1069 East Trinity Lane
Unit G
Nashville, TN 37216

CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of May, 2018, a true and correct copy of the foregoing was served on all counsel of record via electronic filing or by placing a copy of the same in the United States Mail, First Class Postage Prepaid to:

| | |
|---|---|
| Daniel F. Beasley<br>Post Office Box 2087<br>Huntsville, Alabama 35804 | William D. Hinton<br>1069 East Trinity Lane<br>Unit G<br>Nashville, TN 37216 |

      /s/Daniel Beasley
      Of Counsel